UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Tecku; David Finkelstein; Lawrence Tjok; and Adrienne Cerulo, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>YieldStreet Inc.; YieldStreet Management, LLC; YS Altnotes I, LLC; YS Altnotes II, LLC; and Michael Weisz,<br><br>Defendants. | Civil Action No. 1:20-cv-07327<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/20/2020 |

**ORDER**

This Court, having considered the parties' "*Stipulation*," hereby ORDERS that Defendants' response to the Complaint is due on November 20, 2020. If the Defendants submit a letter brief in accordance with Section II.B.1 of the Court's Individual Practices, the Plaintiffs' response to that letter shall be due on December 11, 2020.

Signed this  20th  day of October, 2020.

_____
Victor Marrero
U.S.D.J.