**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Michael Tecku; David Finkelstein; Lawrence Tjok; and Adrienne Cerulo, individually and on behalf of others similarly situated, | ) ) ) | Civil Action No. 1:20-cv-07327 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| YieldStreet Inc.; YieldStreet Management, LLC; YS Altnotes I, LLC; YS Altnotes II, LLC; and Michael Weisz, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' *EX PARTE* MOTION TO WITHDRAW AND**
**SUBSTITUTE COUNSEL OF RECORD**

**NOW INTO COURT** come Plaintiffs Michael Tecku, David Finkelstein, Lawrence Tjok, and Adrienne Cerulo (together, "Plaintiffs"), and pursuant to Local Rule 1.4 hereby move for entry of an Order (i) withdrawing Aaron M. Zeisler and Zeisler PLLC as counsel of record for Plaintiffs in this matter, and (ii) substituting Adolfo J. Anzola, Esq. of Sonn Law Group as counsel of record in place of Mr. Zeisler.

Mr. Anzola is admitted to practice in this Court (SDNY Bar No. AA1305) and was listed as counsel of record on Plaintiffs' complaint. The withdrawal and substitution proposed herein will not delay or otherwise prejudice these proceedings, as the Defendants have not yet filed pleadings in response to Plaintiffs' complaint. A copy of this Motion is being served on each Plaintiff as required by Local Rule 1.4.

**WHEREFORE**, Plaintiffs pray that this Motion be granted, and that counsel be withdrawn and substituted as set forth above.

Dated: October 28, 2020                    Respectfully submitted,

By: _____ */s/ Aaron M. Zeisler* _____
**ZEISLER PLLC**
Aaron M. Zeisler
800 Third Avenue, 28th Floor
New York, New York 10022
Telephone: (212) 671-1921
Facsimile: (888) 229-1178
aaron@zeisler-law.com

and

By: _____ */s/ Adolfo J. Anzola* _____
**SONN LAW GROUP, P.A.**
Adolfo J. Anzola, Esq.
Jeffrey R. Sonn, Esq. (will seek admission *pro hac vice*)
One Turnberry Place
19495 Biscayne Blvd., Suite 607
Aventura, FL 33180
Telephone: (305) 912-3000
Facsimile: (786) 485-1501
aanzola@sonnlaw.com
jsonn@sonnlaw.com
service@sonnlaw.com

**PEIFFER WOLF CARR KANE & CONWAY, APLC**
Daniel B. Centner
Joseph Peiffer (will seek admission *pro hac vice*)
1519 Robert C. Blakes Sr. Drive
New Orleans, LA 70130
Telephone: (504) 523-2434
Facsimile: (504) 608-1465
jpeiffer@peifferwolf.com
dcentner@peifferwolf.com

**PEIFFER WOLF CARR KANE & CONWAY, APLC**
Jason J. Kane (admitted in New York; will seek admission
per Local Rule 1.3)
1150-J Pittsford-Victor Road, 1st Floor
Pittsford, NY 14534
Telephone: (585) 310-5140
Facsimile: (504) 608-1465
jkane@peifferwolf.com

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby Certify that on October 28, 2020   I electronically filed the foregoing with the Clerk of Court using the CM/EMF system.

*/s/Adolfo J. Anzola* _____