UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Tecku; David Finkelstein; Lawrence Tjok; and Adrienne Cerulo, individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>YieldStreet Inc.; YieldStreet Management, LLC; YS Altnotes I, LLC; YS Altnotes II, LLC; and Michael Weisz,<br><br>　　　　　　Defendants. | Civil Action No. 1:20-cv-07327 |

## DECLARATION OF AARON M. ZEISLER PURSUANT TO 28 U.S.C. § 1746

**I, Aaron M. Zeisler, hereby declare:**

1. I make this declaration based on my personal knowledge, and if called upon to testify would do so competently as follows.

2. I am co-counsel of record for Plaintiffs Michael Tecku, David Finkelstein, Lawrence Tjok, and Adrienne Cerulo (together, "Plaintiffs").

3. Plaintiffs are also represented by Adolfo Anzola and Jeffrey Sonn of the Sonn Law Group, P.A.; and Joseph Peiffer; Jason J. Kane; and Daniel Centner of Peiffer Wolf Carr Kane & Conway, APLC.

4. I request to withdraw from this suit and to have Mr. Anzola, who I understand is admitted to practice in this Court, substituted as lead counsel for Plaintiffs in my place.

5. I am not asserting any liens on any awards or settlements Plaintiffs may receive in this case.

6. Copies of this Declaration and the Motion to Withdraw and Substitute that this Declaration accompanies are being served on all Plaintiffs.

7. The withdrawal requested herein will not prejudice any party or otherwise impede the progress of this case, which was only just filed. Defendants have not yet filed pleadings in response to the Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of October, 2020.

_____
Aaron M. Zeisler