```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
TECKU, et al.,                      :
                                    :
                  Plaintiffs,       :
                                    :         20 Civ. 7327(VM)
        -against-                   :         ORDER
                                    :
YIELDSTREET, INC., et al.,          :
                                    :
                  Defendants.       :
-----------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 1/28/2021**

**VICTOR MARRERO, U.S.D.J.:**

On January 8, 2021, Defendants filed a letter motion requesting permission to file a motion to dismiss in this matter. (See Dkt. No. 23.) After reviewing the submission, including the parties' correspondence, the Court is not persuaded such a motion is necessary. Instead, Plaintiffs are directed to respond to the arguments raised in Defendants' January 8th submission by February 5, 2021, in a letter-brief not to exceed three pages. Defendants may reply to this letter in a similar three-page letter-brief, and attach any relevant documents this Court can properly consider on a motion to dismiss, by February 12, 2021. The court may treat the parties' pre-motion letters as a motion to dismiss. See Kapitalforeningen Lægernes Invest. v. United Techs. Corp., 779 F. App'x 69, 70 (2d Cir. 2019) (affirming the district court ruling deeming an exchange of letters as a motion to dismiss).

**SO ORDERED:**

Dated:    New York, New York
          28 January 2021

_____
Victor Marrero
U.S.D.J.