**BAKER BOTTS** L.L.P.

| | |
|---|---|
| 101 CALIFORNIA ST.<br>SUITE 3600<br>SAN FRANCISCO, CALIFORNIA 94111<br><br>TEL +1.415.291.6200<br>FAX +1.415.291.6300<br>BakerBotts.com | AUSTIN          LONDON<br>BEIJING         MOSCOW<br>BRUSSELS    NEW YORK<br>DALLAS         PALO ALTO<br>DUBAI            RIYADH<br>HONG KONG  **SAN FRANCISCO**<br>HOUSTON      WASHINGTON |

February 12, 2021

Jonathan A. Shapiro
TEL: 4152916204
FAX: 4152916304
jonathan.shapiro@bakerbotts.com

**VIA ECF**

Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Tecku, et al. v YieldStreet, Inc., et al.*, No. 1:20-cv-07327 (VM)

Dear Judge Marrero:

      I write pursuant to Section 6 of the Court's Electronic Case Filing Rules & Instructions and Your Honor's Individual Rules of Practice to seek leave to file under seal certain materials in connection with Defendants' February 12, 2021 reply letter in support of their Motion to Dismiss. Our papers are due today pursuant to the Court's schedule and will be filed simultaneously.

      Specifically, we seek leave to file under seal: Exhibits A–I comprising Subscription Agreements signed by Plaintiffs; Exhibits J–K comprising the Private Placement Memoranda governing Plaintiffs' investments; and Exhibits L–S comprising the Series Note Supplements for the offerings in which Plaintiffs invested. The confidential materials are attached as exhibits to the Declaration of Christopher David Nutt. Each is confidential by its terms because it includes non-public sensitive commercial information; Exhibits A–I are additionally confidential as they contain Plaintiffs' personal email addresses. Although a protective order has not yet been entered in this matter, the documents are such that we expect them to be designated "Confidential" when such an order is entered. Accordingly, Defendants respectfully request leave to file the confidential materials under seal.

      Pursuant to Your Honor's Special Individual Rules of Practice in Light of COVID-19, Counsel for Defendants will submit a courtesy copy of all related motion papers and exhibits via email.

                                                        Respectfully,
                                                       */s/ Jonathan A. Shapiro*
                                                       Jonathan A. Shapiro

cc: counsel of record