```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
MICAHEL TECKU, et al.,            :
                                  :
               Plaintiffs,        :
                                  :        20 Civ. 7327(VM)
       -against-                  :        ORDER
                                  :
YIELDSTREET, INC., et al.,        :
                                  :
               Defendants.        :
---------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2021
```

**VICTOR MARRERO, U.S.D.J.:**

On July 1, 2021, Defendants filed a letter-motion requesting permission to file a motion to dismiss the amended complaint as well as supplemental briefing regarding the "timeline and terms" of the relevant deals. (See Dkt. No. 36.) Plaintiff opposed this request. (See Dkt. No. 37.) After revieing the submissions, including the parties' correspondence, the Court concludes that Defendants may submit limited further briefing in support of their contemplated motion to dismiss the amended complaint. Accordingly, Defendants are directed to submit a three page letter-brief by August 13, 2021. Plaintiffs may respond by similar letter-brief by August 27, 2021. Defendants may reply by similar letter-brief by September 3, 2021.

**SO ORDERED:**

Dated:    New York, New York
          30 July 2021

_____
Victor Marrero
U.S.D.J.

1