**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
MICHEL TECKU, et al.,                :
                                     :
                      Plaintiffs,    :
                                     :
     - against -                     :
                                     :     **ORDER**
YIELDSTREET, INC., et al.,           :
                                     :     20 Civ. 7327 (VM)
                      Defendants.    :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than June 24, 2022 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court.  A model Case Management Plan is available on the Court's website: https:// nysd.uscourts.gov/hon-victor-marrero.


Dated: June 8, 2022
       New York, New York


_____
                                    Victor Marrero
                                    U.S.D.J.