```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Tecku et al.,

                Plaintiffs,

      -against-

YieldStreet Inc. et al.,

                Defendants.

1:20-cv-07327 (VM) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. No later than Thursday, October 27, 2022, Defendants shall produce to Plaintiffs the 30,000-document production concerning the Vessel Deconstruction Offerings referenced in the parties' September 30, 2022 Joint Letter. (*See* 9/30/22 Joint Letter, ECF No. 70, at 1.)

2. No later than Thursday, October 27, 2022, Plaintiffs shall serve a single revised request for production addressed to all defendants with no more than 50 document requests. The Court will consider an application from Plaintiffs for additional requests for good cause shown. Defendants shall respond to such requests on behalf of the entity defendants, collectively, and separately on behalf of the individual defendant.

**SO ORDERED.**

Dated: New York, New York
October 6, 2022

_____
STEWART D. AARON
United States Magistrate Judge