USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL TECKU; DAVID FINKELSTEIN; AND LAWRENCE TJOK; individually and on behalf of others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>YIELDSTREET INC.; YIELDSTREET MANAGEMENT, LLC; YS ALTNOTES I, LLC; YS ALTNOTES II, LLC; AND MICHAEL WEISZ,<br><br>**Defendants.** | Civil Action No. 1:20-cv-07327 |

**~~PROPOSED~~ ORDER**

This Court, having considered Plaintiffs' "*UNOPPOSED MOTION FOR ENTRY OF A PROTECTIVE ORDER GOVERNING THE PRODUCTION OF DOCUMENTS AND TESTIMONY TO BE PROVIDED IN RESPONSE TO FOUR WOOD SUBPOENAS,*" finds that the requested relief should be GRANTED.

Accordingly, **IT IS ORDERED** that any documents produced and/or testimony provided by Four Wood Capital Partners, LLC and/or Four Wood Capital Advisors, LLC in response to the subpoenas issued by Plaintiffs, and the information derived therefrom, shall be used solely for the prosecution and defense by the parties in this action and may not be used for any other purpose, including but not limited to, for any purpose in connection with the prosecution or defense of *In re Application of YS GM MARFIN II, LLC et al For an Order to Conduct Discovery for Use in Foreign Proceedings,* S.D.N.Y. Civil Action 20-MC-00182 and/or *YS GM MARFIN II LLC et al v. FOUR WOOD CAPITAL ADVISORS, LLC et al,* S.D.N.Y. Civil Action 20-CV-3320.

Signed this  10th  day of   January   , 2023

_____
**HON. STEWART D. AARON, MAG. JUDGE, S.D.N.Y.**