UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL TECKU; DAVID FINKELSTEIN; And LAWRENCE TJOK; Individually and on behalf of all others similarly situated<br><br>*Plaintiffs,*<br><br>v.<br><br>YIELDSTREET, INC.; YIELDSTREET MANAGEMENT, LLC; YS ALTNOTES I, LLC YS ALTNOTES I, LLC; AND MICHAEL WEISZ.<br><br>*Defendants.* | CIVIL ACTION FILE NUMBER:<br>1:20-CV-07327<br><br><br><br>DECLARATION OF DANIEL CENTER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION |

Daniel Centner, under penalty of perjury hereby declares:

1.  I am a Partner at Peiffer Wolf Carr Kane Conway & Wise and counsel for the Plaintiffs in the above captioned action. I submit this Declaration in Support of Plaintiff Lawrence Tjok's Motion for Class Certification.

2.  In accordance with Paragraph II.E.2 of the Court's Individual practices, certain of the exhibits attached to this Declaration are true and correct excerpts of larger documents. In accordance with Paragraph II.E.2 of the Court's Individual Practice, I aver that I am are familiar with the full contents of these documents; (2) that I possess and will maintain a copy of each entire document until after a final court disposition of the action; and (3) that the excerpts filed with the motion papers are authentic copies of the relevant portions of the document.

3.  Attached hereto as Exhibit 1 are true and correct excerpts of the YS ALTNOTES II Private Placement Memorandum, dated January 16, 2019. These documents were produced in discovery by Plaintiff and are Bates numbered TJOK000063-64, 89-90, and 102.

1

4. Attached hereto as Exhibit 2 are true and correct excerpts of the YS ALTNOTES I Private Placement Memorandum dated April 05, 2018. These documents were produced in discovery by Plaintiff and are Bates numbered TJOK000233-234, 364-365, and 374.

5. Attached hereto as Exhibit 3 are true and correct copies of pages one and seven of Defendants' Objections to Plaintiffs' First Set of Requests for Production of Documents.

6. Attached hereto as Exhibit 4 is a true and correct copy of a document produced to Plaintiffs in discovery bearing Bates numbers YieldStreet_00014198-209

7. Attached hereto as Exhibit 5 is a true and correct copy of an email string produced to Plaintiffs in discovery bearing Bates numbers YieldStreet_00026653-655.

8. Attached hereto as Exhibit 6 are true and correct excerpts of a YieldStreet Subscription Agreement executed by Lawrence Tjok dated October 09, 2018. These documents were produced in discovery by Plaintiff and are Bates numbered TJOK 000006 - 07, and 0000015.

9. Attached hereto as Exhibit 7 are true and correct excerpts of a YieldStreet Subscription Agreement executed by Lawrence Tjok dated April 22, 2019. These documents were produced to YieldStreet and are Bates numbered TJOK 000030-31, and 000039.

10. Attached hereto as Exhibit 8 are true and correct excerpts of a YieldStreet Subscription Agreement executed by Lawrence Tjok dated December 21, 2018. These documents were produced in discovery by Plaintiff and are Bates numbered TJOK 000041-42, and 000050.

11. Attached hereto as Exhibit 9 is a true and correct copy of YieldStreet's Series Note Supplement for YS GM MARFIN II. These documents were produced in discovery by Plaintiff and are Bates numbered TJOK 000395-411.

12. Attached hereto as Exhibit 10 is a true and correct copy of YieldStreet's Series Note Supplement for YS GM MARFIN VII. These documents were produced in discovery by Plaintiff and are Bates numbered TJOK 000412-427.

13. Attached hereto as Exhibit 11 are excerpts from the deposition of Lawrence Tjok, taken by Defendants on December 2, 2022.

14. Attached hereto as Exhibit 12 is an email string produced to Plaintiffs in discovery bearing Bates numbers YieldStreet 00056443-448.

15. Attached hereto as Exhibit 13 are excerpts from deposition testimony provided by Steven Baffico to the Securities Exchange Commission on April 19, 2022. This transcript was received in response to a subpoena that Plaintiff issued in this case and has been produced to Defendant.

16. Attached hereto as Exhibit 14 is an email string produced to Plaintiffs in discovery bearing Bates numbers YieldStreet 00026556-558.

17. Attached hereto as Exhibit 15 is a document produced to Plaintiffs in discovery bearing Bates numbers YieldStreet_00017652-653.

18. Attached hereto as Exhibit 16 is an email string produced to Plaintiffs in discovery bearing Bates numbers YieldStreet_00026053-054

19. Attached hereto as Exhibit 17 is an email string produced to Plaintiffs in discovery bearing Bates numbers YieldStreet_00075725-727

20. Attached hereto as Exhibit 18 is a document produced to Plaintiffs in discovery bearing Bates numbers YieldStreet_00172199-214.

21. Attached hereto as Exhibit 19 is an email string produced to Plaintiffs in discovery bearing Bates numbers YieldStreet_00026511-512.

22. Attached hereto as Exhibit 20 is an email string produced to Plaintiffs in discovery bearing Bates numbers YieldStreet_00026556-558.

23. Attached hereto as Exhibit 21 is an email produced to Plaintiffs in discovery bearing Bates number YieldStreet_00030435.

24. Attached hereto as Exhibit 22 is a document produced to Plaintiffs in discovery bearing Bates numbers YieldStreet_00211482-491.

25. Attached hereto as Exhibit 23 is a document produced to Plaintiffs in discovery bearing Bates numbers YieldStreet 00212144-00212160.

26. Attached hereto as Exhibit 24 is a true and correct copy of an update sent by YieldStreet to its Vessel Deconstruction Investors on February 14, 2023.

27. Attached hereto as Exhibit 25 is a document produced to Plaintiffs in discovery bearing Bates numbers YieldStreet 00211492-503

28. Attached hereto as Exhibit 26 is a true and correct copy of a document produced to Plaintiffs in discovery bearing Bates numbers YieldStreet 00211621-633.

29. Attached hereto as Exhibit 27 is a true and correct copy of the Declaration of Gabriel Morris provided to me in connection with this case.

30. Attached hereto as Exhibit 28 is a true and correct copy of a complaint filed in the Supreme Court of the State of New York in *Soli Capital, LLC v Davis Shapiro Lewit Grabel Leven Granderson & Blake LLP and Corey Martin*.

31. Attached hereto as Exhibit 29 is a true and correct copy of a letter produced to Plaintiffs in discovery bearing Bates numbers YieldStreet_00211521-522.

32. Attached hereto as Exhibit 30 are true and correct excerpts of a native document produced to Plaintiffs in discovery as Bates number YieldStreet_0078305.

33. Attached hereto as Exhibit 31 are true and correct excerpts of a native document produced to Plaintiffs in discovery as Bates number YieldStreet_0043196.

34. Attached hereto as Exhibit 32 is the Declaration of Plaintiff Lawrence Tjok provided to me in connection with this case.

35. Attached hereto as Exhibit 33 is an email string produced to Plaintiffs in discovery bearing Bates numbers YieldStreet_00154418-423.

I declare under penalty of perjury under the laws of the United States of America, that the forgoing is true and correct.

Executed on February 17, 2023.

                                                                                   */s/Daniel Centner*
                                                                                     Daniel Centner

**Certificate of Service**

I hereby certify that on February 17, 2023 I served the foregoing via CM/ECF to all counsel of Record.

                                                                       */s/Daniel Centner*
                                                                            Daniel Centner