USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| TECKU, ET AL., | |
|                Plaintiffs, | **20 CV 7327 (VM)** |
| - against - | **ORDER** |
| YIELDSTREET, INC., ET AL., | |
|                Defendants. | |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of Plaintiff Lawrence Tjok's Letter Motion (See Dkt. No. 86) seeking leave to file under seal certain exhibits submitted in support of Tjok's Motion for Class Certification as well as Tjok's Memorandum of Law in Support.

Tjok represents that Defendants requested until Friday, February 24, 2023, "to review the exhibits and file a letter addressing whether and/or which documents [they] believe[] should remain under seal." (Id.) Defendants are directed to file a letter by Monday, February 27, 2023, stating their position on the sealed exhibits and accompanying memorandum portions, including if Tjok's request should be handled through the process in the Protective Order, or if more time is needed.

The Court Clerk is respectfully directed to terminate the Motion at Dkt. No. 86.

**SO ORDERED.**

Dated:   22 February 2023
         New York, New York

Victor Marrero
U.S.D.J.