USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TECKU, ET AL., <br><br>                    Plaintiffs, <br><br>  - against - <br><br> YIELDSTREET INC., ET AL., <br><br>                    Defendants. | 20-CV-7327 (VM) <br><br> **ORDER** |

**VICTOR MARRERO, United States District Judge.**

　　The Court hereby adjourns the status conference set for July 14, 2023, at 10:30 AM until October 20, 2023, at 10:30 AM.

**SO ORDERED.**

Dated:    15 May, 2023
          New York, New York

_____
Victor Marrero
U.S.D.J.