**BAKER BOTTS** LLP

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
BakerBotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
HOUSTON
LONDON

NEW YORK
PALO ALTO
RIYADH
SAN FRANCISCO
SINGAPORE
WASHINGTON

October 17, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/23
```

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

**VIA ECF**

Hon. Victor Marrero, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15B
New York, New York 10007

Re:   *Tecku, et al. v. YieldStreet Inc., et al.*, 1:20-cv-07327 (VM) (SDA)

Dear Judge Marrero,

We represent the defendants in this action and write on behalf of all parties to request an adjournment of the conference currently scheduled for Friday, October 20, 2023.

The Court originally scheduled the October 20, 2023 conference on May 15, 2023. *See* May 15, 2023 Text Order. At the same time, Judge Aaron entered a scheduling order that had fact discovery ending on September 26, 2023. *See* ECF No. 107. As such, it appears the Court intended the conference to take place after fact discovery had closed.

However, the end of fact discovery was later extended to January 5, 2024, *see* August 17, 2023 Text Order, and the parties are still engaged in discovery.

Accordingly, the parties respectfully request that the conference be adjourned to a time convenient to the Court after January 5, 2024.

Respectfully submitted,

/s/ Brendan F. Quigley
Brendan F. Quigley

```
Request GRANTED.
The above-referenced status
conference is hereby adjourned
to January 19, 2024, at 10 am.

SO ORDERED.
10/18/23
DATE                    VICTOR MARRERO, U.S.D.J.
```

Active 107291434.1