

Dan Centner | Partner

📍 935 Gravier St., Suite 1600, New Orleans, LA 70112
📞 504-605-2234    📠 504-458-6368    ✉ dcentner@peifferwolf.com

January 10, 2024

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: _1/12/24_ |

<u>Via ECF</u>

Hon. Victor Marrero, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15B
New York, New York 10007

Re:    *Tecku, et al. v. Yieldstreet Inc., et al., 1:20-cv-07327 (VM) (SDA)*

Dear Judge Marrero:

We represent the Plaintiffs in this action and write on behalf of all parties to request an adjournment of the status conference currently scheduled for Friday, January 19, 2024.

The January 19, 2024 status conference was scheduled to take place after the completion of fact discovery, which was initially set to end on January 5, 2024. *See* ECF 113; *see also* ECF 115. After that conference was scheduled, Magistrate Judge Stewart Aaron, upon joint motion, reset the end of fact discovery for February 4, 2024. *See* ECF 119.

Accordingly, the parties respectfully request that the conference be adjourned to a time convenient to the Court after February 4, 2024.

Respectfully submitted,

/s/ *Daniel Centner*
Daniel Centner

Request GRANTED. The above-
referenced conference is hereby
adjourned to Friday, March 29,
2024, at 10:00 a.m.

SO ORDERED.
Dated: 12 Jan 2024

Victor Marrero
U.S.D.J.

---

Peiffer Wolf Main Office

935 Gravier St., Suite 1600
New Orleans, LA 70112
Main: (504) 523-2434

Los Angeles
(213) 866 9662

Cleveland
(216) 589-9280

San Francisco
(415) 766 3544

St. Louis
(314) 669-3600

New York
(585) 310 5140

Chicago
(312) 374-8261