```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Tecku et al.,

                              Plaintiffs,

        -against-

YieldStreet Inc. et al.,

                              Defendants.

1:20-cv-07327 (VM) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that Plaintiffs' renewed motion to compel (*see* Joint Letter Motion, ECF No. 127) is GRANTED IN PART and DENIED IN PART. No later than Monday, January 22, 2024, Plaintiffs shall select three of the six offerings identified during today's conference, for which Defendants shall produce documents responsive to Request Nos. 28 and 34. The deadline for the completion of fact discovery is extended until February 12, 2024 for the limited purpose of completion of the document production set forth in this Order.

**SO ORDERED.**

DATED:    New York, New York
               January 19, 2024

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge