

Dan Centner | Partner
935 Gravier St., Suite 1600, New Orleans, LA 70112
504-605-2234    504-458-6368    dcentner@peifferwolf.com

March 27, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/24
```

Via ECF
Hon. Victor Marrero, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15B
New York, New York 10007

Re:   <u>Tecku, et al. v. Yieldstreet Inc., et al., 1:20-cv-07327 (VM) (SDA)</u>

Dear Judge Marrero:

We represent the Plaintiffs in this action and write on behalf of all parties to request an adjournment of the status conference currently scheduled for Friday, March 29th, 2024.

On March 26th, 2024, the Court contacted the parties via email to advise that the Court is no longer available on March 29th. The Court further directed the parties to confer and discuss either moving the conference to March 28th, 2024, or adjourning the conference to a later date. The parties have conferred and agreed to adjourn.

Accordingly, the parties respectfully request that the status conference be adjourned to a later date and time, to be determined by the Court.

Respectfully submitted,

/s/ *Daniel Centner*
Daniel Centner

CC: Counsel of record (via ECF)

> The status conference in this matter currently scheduled for March 29, 2024, is hereby adjourned to Friday, April 26, 2024, at 3 p.m.
>
> **SO ORDERED.**
> Dated: 3/27/24
>
> Victor Marrero
> U.S.D.J.

Peiffer Wolf Main Office
935 Gravier St., Suite 1600
New Orleans, LA 70112
Main: (504) 523-2434

Los Angeles
(213) 866-9662

Cleveland
(216) 589-9280

San Francisco
(415) 766-3544

St. Louis
(314) 669-3600

New York
(585) 310-5140

Chicago
(312) 374-8261