**BARCLAY DAMON**<sup>LLP</sup>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2024
```

**Michael A. Oropallo**
*Partner*

March 28, 2024

<u>**VIA CM/ECF**</u>

Hon. Victor Marrero
United States District Judge for the Southern District of New York
United States Courthouse
Suite 1610, 500 Pearl Street
New York, New York 10007

      Re:    <u>Atlantic Contracting & Specialties, LLC v. Atlantic Contracting Partners, LLC (1:23cv10134). Request for Extension of Time to Answer or Otherwise Respond to the Complaint.</u>

Dear Judge Marrero:

    Barclay Damon represents Defendant, Atlantic Contracting Partners, LLC, in the above captioned matter. Plaintiff, Atlantic Contracting & Specialties, LLC, filed their Complaint on November 17, 2023. Dkt. No. 1. Upon information and belief, the original deadline to respond to the Complaint was on or about December 26, 2023. After being served, Defendant engaged Barclay Damon for representation. Defendant requested extensions of time to answer or otherwise respond to the Complaint, which Plaintiff consented to, on January 9th and 23rd, 2024 and February 21st, 2024. Dkt Nos. 9, 13-14. The Court granted the extensions and set the last deadline to file an answer by March 29, 2024. Dkt. No. 16.

    Defendant respectfully requests the Court grant a final extension of time to file an answer in this matter to April 29, 2024. The parties have a draft settlement agreement and are negotiating the final terms. The extension of time will promote judicial economy, economic efficiency for the parties, and allow the parties additional time in the event the matter can be settled without incurring attorney's fees for drafting and filing the answer at this juncture. Plaintiff's counsel assents to this request.

    We appreciate the Court's time and attention to this matter.

Respectfully Submitted,



SO ORDERED.
29 March 2024
DATE
VICTOR MARRERO, U.S.D.J.

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202  barclaydamon.com
MOropallo@barclaydamon.com  Direct: (315) 425-2831  Fax: (315) 703-7367
Also Admitted in: Pennsylvania

27990655.1

Hon. Victor Marrero
March 28, 2024
Page 2

                                          Michael A. Oropallo

MAO:KEG

cc:    Leo M. Loughlin and Jeffery A. Lindenbaum
        (Attorneys for Plaintiff noticed via CM/ECF)

27990655.1