

Dan Centner | Partner
935 Gravier St., Suite 1600, New Orleans, LA 70112
504-605-2234    504-458-6368    dcentner@peifferwolf.com

April 24, 2024

<u>Via ECF</u>

Hon. Victor Marrero, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15B
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/24
```

Re:   <u>Tecku, et al. v. Yieldstreet Inc., et al., 1:20-cv-07327 (VM) (SDA)</u>

Dear Judge Marrero:

We represent the Plaintiffs in this action and write on behalf of all parties to request an adjournment of the status conference currently scheduled for Friday, April 26, 2024.

The parties respectfully request that the conference be adjourned to a time convenient to the Court.

Respectfully submitted,

/s/ Daniel Centner
Daniel B. Centner

CC: Counsel of record (via ECF)



Request **GRANTED.**
The above-referenced conference is hereby adjourned to 3:00 PM on May 31, 2024.

**SO ORDERED.**
4/24/25
DATE                         VICTOR MARRERO, U.S.D.J.

---

Peiffer Wolf Main Office
935 Gravier St., Suite 1600
New Orleans, LA 70112
Main: (504) 523-2434

Los Angeles
(213) 866-9662
Cleveland
(216) 589-9280

San Francisco
(415) 766-3544
St. Louis
(314) 669-3600

New York
(585) 310-5140
Chicago
(312) 374-8261