

Jonathan A Shapiro
+1 415 733 6202
JShapiro@goodwinlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2024

May 9, 2024

**VIA ECF**

Magistrate Judge Stewart D. Aaron
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY  10007

Application DENIED WITHOUT PREJUDICE. Given that the current deadlines are more than three months away, the parties' request for an extension is denied without prejudice to renewal following the contemplated mediation. SO ORDERED.

Dated: May 10, 2024

Re:  *Tecku, et al. v. Yieldstreet Inc., et al.*, No. 1:20-cv-07327 (VM) (SDA)
     **Motion for Extension of Deadlines**

Dear Judge Aaron,

    We, along with Baker Botts LLP, represent the defendants in this action.  We write on behalf of all the parties to submit the following Letter Motion for an Extension of Deadlines (the "Motion").  Defendants provide the following information in connection with this Motion:

1. The parties request that the deadline for the completion of expert discovery be extended to November 4, 2024.

2. The parties request that the deadline for the parties to submit Motions for Summary Judgment be extended to December 2, 2024.

3. On March 4, 2024, your Honor entered the Order Granting the Letter Motion for Extension of Time (ECF 136), setting August 20, 2024 as the deadline for the completion of expert discovery, and setting September 15, 2024 as the deadline for the parties to submit Motions for Summary Judgment.

4. This is the fifth request for an extension of the expert discovery deadline and the fourth request for an extension of the deadline for the parties to submit Motions for Summary Judgment.  Each of these requests were jointly proposed and granted by the Court.

5. No other deadlines will be affected by this Motion.

6. All parties consent to this Motion.

7. The parties seek this extension to allow time for the parties to schedule and participate in a mediation session, hopefully in mid-June 2024, which would be the parties' first effort at a resolution.



Magistrate Judge Stewart D. Aaron
May 9, 2024
Page 2

                                                     Respectfully submitted,

                                                     */s/ Jonathan A Shapiro*
                                                     Jonathan A Shapiro
                                                     **Goodwin Procter LLP**
                                                     Three Embarcadero Center, Suite 2800
                                                     San Francisco, CA 94111
                                                     Tel: +1 415 733 6202
                                                     JShapiro@goodwinlaw.com

                                                     *Counsel for Defendants*

cc:       Counsel of Record via ECF