# SONN LAW GROUP

**ATTORNEYS & COUNSELORS**

Brian Pastor | Partner
☎ 305-912-3000    404-914-2200

The Pinnacle Building
3455 Peachtree Rd NE, Ste 500
Atlanta, GA 30326

One Turnberry Place
19495 Biscayne Blvd., Suite 607
Aventura, FL 33180

Offices By Appointment
Aventura, Atlanta, New York,
Houston, Naples, Orlando

May 24, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/28/24
```

<u>Via ECF</u>

Hon. Victor Marrero, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15B
New York, New York 10007

Re:    <u>Tecku, et al. v. Yieldstreet Inc., et al., 1:20-cv-07327 (VM) (SDA)</u>

Dear Judge Marrero:

We represent the Plaintiffs in this action and write on behalf of all parties to request an adjournment of the status conference currently scheduled for May 31, 2024.

The parties are scheduled to mediate on June 11, 2024. The parties request the Court adjourn the status conference, and move it to a time and date convenient to the Court after the June 11th mediation.

Respectfully submitted,

/s/ Brian B. Pastor
Brian B. Pastor

CC: Counsel of record (via ECF)

---

Request **GRANTED**. The above-referenced conference is hereby adjourned to August 2, 2024, at 10:30 a.m.

**SO ORDERED.**
Dated: 5/28/2024

Victor Marrero
U.S.D.J.