# SONN LAW GROUP

**ATTORNEYS & COUNSELORS**

**Brian Pastor | Partner**
☎ 305-912-3000   404-914-2200

| The Pinnacle Building | One Turnberry Place | Offices By Appointment |
| 3455 Peachtree Rd NE, Ste 500 | 19495 Biscayne Blvd., Suite 607 | Aventura, Atlanta, New York, |
| Atlanta, GA 30326 | Aventura, FL 33180 | Houston, Naples, Orlando |

August 9, 2024

Via ECF

Hon. Victor Marrero, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15B
New York, New York 10007

Re:   *Tecku, et al. v. Yieldstreet Inc., et al.*, 1:20-cv-07327 (VM) (SDA)
      Notification of Settlement, Request for Stay of Deadlines while Parties finalize terms and Intent to File Motion for Preliminary Approval

Dear Judge Marrero:

The parties recently reached a mediated settlement agreement in principle.

The parties are in the process of reducing the terms of the settlement to a more complete writing, and shortly thereafter, Plaintiff will file a Motion for Preliminary Approval of Class Settlement. The parties anticipate filing a Motion for Preliminary Approval of Class Settlement within the next 30 days.

The parties respectfully request and move the Court to suspend all remaining case deadlines.

Respectfully submitted,

/s/ Brian B. Pastor
Brian B. Pastor


CC: Counsel of record (via ECF)