

Jonathan A Shapiro
+1 415 733 6202
JShapiro@goodwinlaw.com

Goodwin Procter LLP
Three Embarcadero Center, Suite 2800
San Francisco, CA  94111

goodwinlaw.com
+1 415 733 6000

September 11, 2024

**VIA ECF**

Hon. Victor Marrero
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 15B
New York, New York  10007

Re:  *Tecku, et al. v. Yieldstreet Inc., et al.*, 1:20-cv-07327 (VM) (SDA) - Update Regarding Documentation of Settlement and Forthcoming Motion for Preliminary Approval

Dear Judge Marrero:

We write pursuant to the Court's Order dated August 12, 2024 (ECF No. 151), which granted the Parties' request to stay pending deadlines and ordered them to apprise the Court of the status of the settlement negotiations by today if they had not yet filed the anticipated Motion for Preliminary Approval of Class Settlement.

The Parties remain fully committed to a settlement of this case and have made substantial progress in documenting the settlement and preparing related filings.  The Parties respectfully request an additional 30 days within which to complete and file the papers in support of Plaintiff's anticipated Motion for Preliminary Approval of Class Settlement.

We appreciate the Court's attention and, as always, are available to address any questions or concerns about the progress of our settlement process.

Respectfully submitted,


*/s/ Jonathan A. Shapiro*

Jonathan A. Shapiro