UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL TECKU; DAVID FINKELSTEIN; And LAWRENCE TJOK; Individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>YIELDSTREET, INC.; YIELDSTREET MANAGEMENT, LLC; YS ALTNOTES I, LLC YS ALTNOTEES I, LLC; AND MICHAEL WEISZ.<br><br>Defendants. | Case No. 1:20-CV-07327 (VM)<br><br>PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the exhibits thereto, and all prior pleadings and proceedings had herein, Plaintiff Lawrence Tjok, in his capacity as class representative for the Certified Class[1], by and through the undersigned counsel for the Certified Class, moves this Court pursuant to Federal Rule of Civil Procedure 23(e) for an Order of <u>Final Approval of the Stipulation and Agreement of Settlement and Plan of Allocation</u>, both of which were Approved by the Court on October 28, 2024.  In support, Plaintiff submits:

(1) Memorandum in Support of Preliminary Approval and the following Exhibits:
    Ex. 1 – Stipulation and Agreement of Settlement (Also Filed at DE 157-1)
    Ex. 2 -  Declaration of Counsel for Plaintiff Class (Also Filed at DE 157-4)
    Ex. 3 – Declaration of Jed Melnick

---

[1] Per Order of this Court at DE 139, the Certified Class is defined as "All persons who purchased a Borrower Payment Dependent Note (BPDN) issued by YS ALTNOTES I in connection with the following offerings: (1) Vessel Deconstruction I; (2) Vessel Deconstruction Fund III; and (3) Louisiana Oil & Gas Fund, excluding Defendants, any entities in which Defendants have a controlling interest, Defendants' agents and employees, and any judge to whom this action is assigned and any member of such judge's staff and immediate family."

       Ex. 4 – Declaration of Claims Administrator EisnerAmper
       Ex. 5 -  Plan of Allocation (Also Filed at DE 157-7)
       Ex. 6 – Declaration of Lawrence Tjok – Class Representative
       Ex. 7 – Declaration of Class Counsel in Support of Motion for Award of Fees and Reimbursement of Expenses
       Ex. 8 - Proposed Order

Lead Plaintiff submits the above in support, and shall rely on such additional evidence or argument as may be presented to or required by the Court at the hearing referenced below.

A hearing (the "Settlement Hearing") shall be held before Judge Victor Marrero on February 21, 2025, at 1:00 p.m. at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St. New York, NY 10007, to determine: (i) whether the proposed Settlement of the Action on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class and should be approved by the Court; (ii) whether a Final Judgment, as provided in ¶48 of the Stipulation, should be entered; (iii) whether the proposed Plan of Allocation is fair, reasonable, and adequate and should be approved; (iv) the fees and expenses that should be approved for Plaintiffs' Counsel; and (v) any such other matters as the Court may deem appropriate.

Defendants do not oppose the motion.

Respectfully submitted this 17th day of January, 2025.

By:/s/  Brian B.  Pastor, Esq.
**SONN LAW GROUP, P.A.**
Jeffrey R. Sonn, Esq. (admitted *pro hac vice*)
Brian B. Pastor, Esq. (admitted *pro hac vice*)
Adolfo Anzonla, Esq.
One Turnberry Place
19495 Biscayne Blvd., Suite 607
Aventura, FL 33180
Telephone: (305) 912-3000  Facsimile: (786) 485-1501
jsonn@sonnlaw.com bpastor@sonnlaw.com aanzola@sonnlaw.com service@sonnlaw.com

By: /s/ Dan Centner, Esq.
**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**
Daniel B. Centner, Esq.
Joseph Peiffer, Esq.
1519 Robert C. Blakes Sr. Drive
New Orleans, LA 70130 Telephone: (504) 523-2434
Facsimile: (504) 608-1465
jpeiffer@peifferwolf.com dcentner@peifferwolf.com

*Attorneys for the Plaintiff Lawrence Tjok and the Certified Class*

## CERTIFICATE OF SERVICE

I certify that on January 17, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/EMF system and which will send notification of such public filing to all counsel registered to receive such notice.

By:/s/ Brian B. Pastor, Esq.
Brian B. Pastor, Esq.
**SONN LAW GROUP, P.A.**
*Attorneys for the Certified Class*